B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 09−38206−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Russell Nash | Tracy Nash |
| 724 Bristol Village Dr | aka Tracy Perkins−Nash |
| Unit B04 | 724 Bristol Village Dr |
| Midlothian, VA 23114 | Unit B04 |
| | Midlothian, VA 23114 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
  Debtor: xxx−xx−4368                             Joint Debtor: xxx−xx−8356

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                                      Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Russell Nash and Tracy Nash are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: February 26, 2013                         William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                            Case No. 09-38206-KRH
Russell Nash                                                      Chapter 13
Tracy Nash
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket             Page 1 of 3                  Date Rcvd: Feb 26, 2013
                              Form ID: B18W              Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2013.
db/jdb       +Russell Nash,    Tracy Nash,    724 Bristol Village Dr,    Unit B04,    Midlothian, VA 23114-4636
cr           +BMW Bank of North America, Inc. Department,    P.O. Box 201347,    Arlington, TX 76006-1347
cr           +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,    c/o Shapiro and Burson LLP,
               236 Clearfield Ave ste 215,    VA BEACH, VA 23462-1893
11155128     +Ally Financial Inc. F/K/A GMAC Inc.,    c/o Carl A. Eason, Esquire,    Convergence Center IV,
               301 Bendix Road, Suite 500,    Virginia Beach, VA 23452-1388
9373169     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court:    Bmw Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017-0000)
10186546     +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
9373170      +Buckingham County Treasurer’s,    PO Box 106,    Buckingham, VA 23921-0106
9555099      +Chase Bank USA, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
9373176      +Chase Manhattan Mortga,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
9373178      +Corssroads Comm. Serv. Board,    PO Drawer 248,    Dillwyn, VA 23936-0248
9560896      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
9373188       J. Cary Bryant, D.D.S.,    PO Box 69,    Dillwyn, VA 23936-0069
9373189       LabCorp,    PO BOX 2240,    Burlington, NC 27216-2240
9373192      +Radio/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
9373193      +Schewel Furn,    211 N Main St Pob 486,    Farmville, VA 23901-0486
9416333       Schewel Furniture Company, Inc.,    Attn: Rachel Cremeans,    PO Box 6120,
               Lynchburg, VA 24505-6120
9373194      +The Rector & Visitors of UVA,    T/A UVA Medical Center,    PO Box 800750,
               Charlottesville, VA 22908-0750
9373195       Tiger Fuel Company,    Moyer Oil Division,    PO Box 156,    Lovingston, VA 22949-0156
9441715      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,    10790 Rancho Bernardo Rd,
               San Diego CA 92127-5705
9373201       UVA Imaging,    PO Box 1438,    Columbus, GA 31902-1438
9408102      +UVA MEDICAL CENTER,    PO BOX 800750,    CHARLOTTESVILLE, VA 22908-0750
9373202      +UVA-Healthsouth Rehab Hospital,    515 Ray C Hunt Dr.,    Charlottesville, VA 22903-2981
9373198       University of Virginia,    Health Services Foundation,    PO Box 9007,
               Charlottesville, VA 22906-9007
9373197      +University of Virginia,    Medical Center,    PO Box 800750,    Charlottesville, VA 22908-0750
9373199       University of Virginia Medical,    PO Box 530272,    Atlanta, GA 30353-0272
9373200      +Uva Cr Un,    3300 Berkmar Drive,    Charlottesville, VA 22901-1491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: PRA.COM Feb 27 2013 02:38:00      PRA Receivables Management, LLC,    PO Box 41067,
               Norfolk, VA 23541-1067
9373167      +EDI: ALLTEL.COM Feb 27 2013 02:38:00      Alltel Communications,    1 Allied Dr Bldg 5,
               Little Rock, AR 72202-2065
9464770      +EDI: ALLTEL.COM Feb 27 2013 02:38:00      Alltel Corporation,    Bankruptcy Dept.,   1 Allied Drive,
               Little Rock, AR 72202-2065
10538804      EDI: RESURGENT.COM Feb 27 2013 02:38:00       B-Line, LLC,    P.O. Box 91121,   Dept. 550,
               Seattle, WA 98111-9221
9373169       EDI: BMW.COM Feb 27 2013 02:38:00      Bmw Financial Services,    5515 Parkcenter Cir,
               Dublin, OH 43017-0000
9373168      +EDI: BANKAMER2.COM Feb 27 2013 02:38:00      Bank Of America,    Po Box 17054,
               Wilmington, DE 19850-7054
9373171       EDI: CAPITALONE.COM Feb 27 2013 02:38:00      Cap One,    Po Box 85520,   Richmond, VA 23285-0000
9524897       EDI: CAPITALONE.COM Feb 27 2013 02:38:00      Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
9420261       E-mail/Text: bklaw2@centurylink.com Feb 27 2013 04:09:19
               Central Telephone Company of Virginia,    PO Box 7971,    Shawnee Mission KS 66207-0971
9373172       E-mail/Text: bklaw2@centurylink.com Feb 27 2013 04:09:19     Century Link,    PO Box 96064,
               Charlotte, NC 28296-0064
9373173       E-mail/Text: bklaw2@centurylink.com Feb 27 2013 04:09:19     CenturyLink,    PO Box 3289,
               Huntington, WV 25702-0289
9373174      +EDI: CHASE.COM Feb 27 2013 02:38:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
9373175      +EDI: CHASE.COM Feb 27 2013 02:38:00      Chase Cardmember Services,    PO BOX 15548,
               Wilmington, DE 19886-5548
10872576     +EDI: RESURGENT.COM Feb 27 2013 02:38:00       East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
9373179      +E-mail/Text: bklaw2@centurylink.com Feb 27 2013 04:09:19      Embarq,    PO Box 96064,
               Charlotte, NC 28296-0064
9373180      +EDI: GMACFS.COM Feb 27 2013 02:38:00      G M A C,    Po Box 105677,   Atlanta, GA 30348-5677
9381750      +EDI: GMACFS.COM Feb 27 2013 02:38:00      GMAC,    P.O. Box 130424,    Roseville, MN 55113-0004
9373181      +EDI: RMSC.COM Feb 27 2013 02:38:00      Gemb/Exnmble,    P.O. Box 981400,    El Paso, TX 79998-1400
9373183      +EDI: RMSC.COM Feb 27 2013 02:38:00      Gemb/Lowes,    Po Box 981400,    El Paso, TX 79998-1400
9373184      +EDI: RMSC.COM Feb 27 2013 02:38:00      Gemb/Old Navy,    Po Box 981400,    El Paso, TX 79998-1400
9373185      +EDI: RMSC.COM Feb 27 2013 02:38:00      Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
9373186      +EDI: HFC.COM Feb 27 2013 02:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
```

```
District/off: 0422-7           User: luedecket            Page 2 of 3                  Date Rcvd: Feb 26, 2013
                               Form ID: B18W              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9373187      +EDI: HFC.COM Feb 27 2013 02:38:00      Hsbc Nv,   Po Box 5253,   Carol Stream, IL 60197-5253
9637970       EDI: PRA.COM Feb 27 2013 02:38:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk, VA 23541-1067
9490025      +EDI: PRA.COM Feb 27 2013 02:38:00      PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,   POB 41067,   NORFOLK VA 23541-1067
9373191      +EDI: PRA.COM Feb 27 2013 02:38:00      Portfolio,   120 Corporate Blvd, Ste 100,
              Norfolk, VA 23502-4962
9481197       EDI: RESURGENT.COM Feb 27 2013 02:38:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
9392264      +E-mail/Text: bncmail@w-legal.com Feb 27 2013 04:09:51      TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
9373196      +EDI: WTRRNBANK.COM Feb 27 2013 02:38:00      Tnb - Target,   Po Box 673,
              Minneapolis, MN 55440-0673
9616718       EDI: AFNIVERIZONE.COM Feb 27 2013 02:38:00      Verizon,   PO BOX 3037,
              Bloomington, IL 61702-3037
9616723      +EDI: AFNIVZWIRE.COM Feb 27 2013 02:38:00      Verizon Wireless,   PO BOX 3397,
              Bloomington, IL 61702-3397
9373203      +EDI: AFNIVZWIRE.COM Feb 27 2013 02:38:00      Verizon Wireless,   250 James St,
              Morristown, NJ 07960-6410
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ally Financial Inc. F/K/A GMAC Inc.
9373177      Comcase
9373182      Gemb/Jcp,   00000-0000
cr*          B-Line, LLC,   P.O. Box 91121,   Dept. 550,   SEATTLE, WA  98111-9221
cr*         +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
             GREENVILLE, SC 29602-0288
cr*          Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA  98111-9221
9373190     ##+LDG Financial Services, LLC,   7001 Peachtree Industrial Blvd,   Suite 320,
             Norcross, GA 30092-6637
9486565     ##+The Oulton Law Firm, PLLC,   2807 N Parham Rd Suite 107,   Richmond, VA 23294-4410
                                                                              TOTALS: 3, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2013**          **Signature:**     _Joseph Speetjens_

```
District/off: 0422-7           User: luedecket            Page 3 of 3            Date Rcvd: Feb 26, 2013
                               Form ID: B18W              Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2013 at the address(es) listed below:

        Carl A. Eason    on behalf of Creditor   Ally Financial Inc. F/K/A GMAC Inc. bankruptcy@wolriv.com
        Richard James Oulton    on behalf of Debtor Russell Nash 2debtlawgroup@gmail.com,
         thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rdukelaw@gmail.com
        Robert E. Hyman    station08@ricva.net,
         notices@access13.com;station03@ricva.net;station04@ricva.net;station05@ricva.net;station06@ricva.
         net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ric
         va.net;station12@ricva.net;station13@ricva.net
        Trenita J. Stewart    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
         STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC6
         vabecf@logs.com

                                                                            TOTAL: 4